Jennifer Quinn-Barabanov
202 429 0827
Jquinnbarabanov@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036
202 429 3000 main
www.steptoe.com

May 16, 2023

<u>By ECF</u>

The Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *John Collins v. Pearson Education, Inc.*, 1:23-cv-2219 (PAE)

Dear Judge Engelmayer:

On behalf of Defendant Pearson Education, Inc., I respectfully request that the Court permit oral argument in the above-specified case on Defendant's Motion To Dismiss Under Rules 12(b)(1), (b)(6), and Rule 8, and Motion to Strike Under Rule 12(f).

Respectfully,

*/s/ Jennifer Quinn-Barabanov*
Jennifer Quinn-Barabanov

cc:  all counsel of record (by ECF)